UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-23079-O'SULLIVAN

[CONSENT]

ELIZABETH DEMAIO,

    Plaintiffs,

v.

CELEBRITY CRUISES, INC.,

    Defendant.
_____/

## ORDER

THIS MATTER comes before the Court on Plaintiff's Motion for Enlargement of Time to File Pretrial Motions Regarding Discovery (DE # 33, 12/6/07). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure. **Failure to do so may be deemed sufficient cause for granting the motion by default**. (Emphasis supplied).

Having received no response from the defendant, and a response having been due, it is

ORDERED AND ADJUDGED, that the defendant shall file a response to Plaintiff's Motion for Enlargement of Time to File Pretrial Motions Regarding Discovery

(DE # 33, 12/6/07) on or before **Thursday, January 10, 2008**.

DONE AND ORDERED in Chambers at Miami, Florida, this **2nd** day of January, 2008.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies to:
All counsel of record